# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DENISE WILSON,                                              PLAINTIFF
ADC #704858

v.                               No. 5:12CV00087 JLH-JTR

RAY HOBBS, Director,
Arkansas Department of Correction                             DEFENDANT

## ORDER

Denise Wilson has filed a motion for an extension of time to file objections to the magistrate judge's Proposed Findings and Recommended Disposition. That motion is GRANTED. Document #7. The time within which Wilson must file her objections is extended up to and including April 10, 2012.

IT IS SO ORDERED this 20th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE